1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JULIUS DUNN,                                No.  2:18-cv-0032-EFB P

12                    Plaintiff,

13           v.                                   ORDER AND FINDINGS AND
                                                  RECOMMENDATIONS
14    BOFFMAN,

15                    Defendant.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19    U.S.C. § 636(b)(1).

20          On February 4, 2019, the court screened plaintiff's complaint pursuant to 28 U.S.C.

21    § 1915A.  The court dismissed the complaint, explained the deficiencies therein and granted

22    plaintiff thirty days in which file an amended complaint to cure the deficiencies.  ECF No. 8.  The

23    order warned plaintiff that failure to comply would result a recommendation that this action be

24    dismissed.  The time for acting has now passed and plaintiff has not filed an amended complaint,

25    or otherwise responded to the court's order.

26          A party's failure to comply with any order or with the Local Rules "may be grounds for

27    imposition by the Court of any and all sanctions authorized by statute or Rule or within the

28    inherent power of the Court."  E.D. Cal. Local Rule 110.  The court may dismiss an action with or

1

1    without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v.*

2    *Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

3    dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

4    complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

5    1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

6    regarding notice of change of address affirmed).

7          Accordingly, it is hereby ORDERED that the Clerk is directed to randomly assign a

8    United States District Judge to this case.

9          Further, it is RECOMMENDED that this action be DISMISSED without prejudice. Fed.

10    R. Civ. P. 41(b); E. D. Cal. Local Rule 110.

11          These findings and recommendations are submitted to the United States District Judge

12    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

13    after being served with these findings and recommendations, any party may file written

14    objections with the court and serve a copy on all parties. Such a document should be captioned

15    "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

16    objections shall be served and filed within fourteen days after service of the objections. The

17    parties are advised that failure to file objections within the specified time may waive the right to

18    appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

19    *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

20    Dated: March 13, 2019.

21                          EDMUND F. BRENNAN

22                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28